UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LUIS RAY JOHNSON,

                    Petitioner,

           v.

KEVIN HIXON,

                    Respondent.

No.  2:25-CV-3272-TLN-DMC

**ORDER**

Petitioner, a state prisoner proceeding *pro se*, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On March 19, 2026, the magistrate judge filed findings and recommendations herein which were served on Petitioner, and which contained notice that Petitioner may file objections within fourteen days.  (ECF No. 8.)  No objections to the findings and recommendations have been filed.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]").  The Court has reviewed the file and finds the findings and recommendations to be supported by

1

the record and the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed March 19, 2026 (ECF No. 8) are adopted in full.

2. This action is dismissed without prejudice for failure to exhaust state court remedies.

3. The Clerk of the Court is directed to enter judgment and close this file.

4. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

IT IS SO ORDERED.

Date: May 5, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2